THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

UNICREDIT BANK AG, NEW YORK BRANCH, f/k/a BAYERISCHE HYPO- UND VEREINSBANK AG, as agent for THE BANK OF NEW YORK MELLON,

*Plaintiff,*

v.

COSTLESS RELIABLE INSURANCE AGENCY, INC., a California corporation,

DONNA JEAN PECK,

MARY ANN SCOTT, and

MANUEL R. WHITAKER, INDIVIDUALLY, AND AS TRUSTEE OF THE MANUEL WHITAKER LIVING TRUST DATED JULY 11, 1996.

*Defendants.*

FILED
MAY 29 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

CASE NO. 13-2198-KHV/JPO

1:14-mc-00015

### ORDER ON PLAINTIFF'S UNCONTESTED MOTION FOR RELIEF FROM JUDGMENT (Rule 60)

NOW ON THIS 21st day of May, 2014, the Court takes up Plaintiff's Unopposed Motion For Relief From Judgment (Doc. #17). Plaintiff asks the Court to set aside the Default Judgment against Defendants Costless Reliable Insurance Agency, Inc. and Manuel R. Whitaker, individually and as Trustee of the Manuel Whitaker Living Trust dated July 11, 1996. Plaintiff further requests a clarification of the Court's Order of May 15, 2014 (Doc. #16). For good cause shown, the Court hereby **ORDERS** that Plaintiff's Unopposed Motion For Relief From Judgment (Doc. #17) be and hereby is **SUSTAINED.**

IT IS FURTHER ORDERED THAT:

1.      **The default judgment entered herein against all Defendants on July 8, 2013 (Doc. #11) is hereby set aside in its entirety and as against all defendants: Costless Reliable**

1152363.1

Insurance Agency, Inc., a California corporation; Donna Jean Peck; Mary Ann Scott; and Manuel R. Whitaker, individually, and as Trustee of the Manuel Whitaker Living Trust dated July 11, 1996.

2.   As Plaintiff has previously registered the prior judgment herein under 28 USC §1963 in the United States District Court for the Eastern District of California as case numbered 1:14-mc-00015-BAM, styled *Unicredit Bank AG, New York Branch v. Costless Reliable Insurance Agency, Inc. et al*, Plaintiff is authorized to provide notice to the registering Court in California of an authenticated copy of this Order to affect a cancellation of such registration in the registering Court.

**SO ORDERED.**

Dated this 21st day of May, 2014 at Kansas City, Kansas.

> s/ Kathryn H. Vratil
> Kathryn H. Vratil
> United States District Judge

ECF
DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Kansas.
Date filed: 5-22-14
Clerk, U.S. District Court
By: M/c Mot
_____ Deputy Clerk

1152363.1

AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

District of     KANSAS

## EXEMPLIFICATION CERTIFICATE

I,    Timothy M. O'Brien   , Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

Order onf Plaintiff's Uncontested Motion for Relief from Judgment

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at Kansas City     on    5-27-14

*City*            *Date*

__TIMOTHY M. O'BRIEN__      mke Mort

*Clerk*           *(By) Deputy Clerk*

I,   John W. Lungstrum  , a Judicial Officer of this Court, certify that   Timothy M. O'Brien  , named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

27 May 2014

*Date*          *Signature of Judge* John W. Lungstrum

U.S. District Judge

*Title*

I,   Timothy M. O'Brien  , Clerk of this United States District Court, keeper of the seal, certify that the Honorable   John W. Lungstrum  ,

*Judge*

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at   Kansas city   in this State, on   5-28-14

*City*          *Date*

*Clerk*          mke Mort

*(By) Deputy Clerk*